**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
August 26, 2024
Nathan Ochsner, Clerk

In Re:   Sharon Y. Chu

Debtor

Case No.: 24–32845

Chapter:  13

**ORDER**
**RESETTING MOTION TO DISMISS**

The chapter 13 trustee's motion to dismiss is continued until **9/10/24** at **03:00 PM.**

Signed and Entered on Docket: 8/26/24

_____
Eduardo V. Rodriguez
Chief United States Bankruptcy Judge